[No. 48319-6-I.  Division One.  October 28, 2002.]

*In the Matter of the Custody of* J.M.

FRANCIS G. HUNT, ET AL., *Respondents*, v. KIRA HORNE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-3-08290-6, J. Kathleen Learned, J., entered March 16, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Grosse, J., concurred in by Becker, C.J., and Schindler, J.

[No. 48399-4-I.  Division One.  October 28, 2002.]

DONNA L. JOHNSTON, *Appellant*, v. HINES GS PROPERTIES, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-00045-5, J. Kathleen Learned, J., entered April 14, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 48598-9-I.  Division One.  October 28, 2002.]

SUZANNE TYRRELL MCCANN, *Respondent*, v. EDWARD WILLIAM GEDDES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-04295-4, Ellen J. Fair, J., entered May 4, 2001. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 48706-0-I.  Division One.  October 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH THOMAS WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10378-2, Helen Halpert, J., entered May 23, 2001. *Dismissed* by unpublished per curiam opinion.